**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 24-1390**

———

GARY JONES,

Plaintiff - Appellant,

v.

DARRELL MOORE; PAMELA LEE; MS. ALANA, (BCOPO) Chief's Secretary; CPL. KENNEDY; JEAN SLATTERY, Lt.,

Defendants - Appellees.

———

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-01718-JRR)

———

Submitted:  July 30, 2024                    Decided:  August 1, 2024

———

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Gary Jones, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jones appeals the district court's order dismissing as duplicative Jones' civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jones v. Moore*, No. 1:23-cv-01718-JRR (D. Md. Apr. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*